# Exhibit B

United States Conference of Catholic Bishops

Department of Migration and Refugee Services

3211 Fourth Street, NE
Washington, DC 20017

202.541.3000
usccb.org

January 28, 2025

Rachel Licina
Grants Officer
Bureau of Population, Refugees, and Migration
U.S. Department of State

Dear Ms. Licina:

The U.S. Conference of Catholic Bishops is in receipt of the Notice of Suspension issued by the Department of State's Bureau of Population, Refugees, and Migration (PRM) on January 24, 2025. We would like to underscore the lifesaving nature of the services provided through the Reception and Placement (R&P) program, including the provision of housing support, emergency food assistance, and emergency medical care to newly arrived refugees and Special Immigrant Visa (SIV) holders who have been processed and approved for resettlement in the United States by the federal government. The R&P program is also consistent with the Administration's goals to make the United States safer and stronger, as it operates domestically to ensure that newly arrived refugees and SIV holders are able to integrate successfully into local communities.

Based on our understanding of our R&P awards, we do not consider meeting present obligations to provide assistance to refugees and SIV holders already lawfully admitted to the United States to represent "new costs", as referenced in the Notice. Consistent with the terms of our awards, for those refugees and SIV holders in their initial 90-day R&P service periods, we intend to seek reimbursement for all costs associated with serving these beneficiaries, per the Notice of Suspension's language regarding payment requests for "for legitimate expenses incurred prior to the date of this Notice of Suspension or legitimate expenses associated with this Notice of Suspension." Please advise immediately if your direction is inconsistent with this understanding.

We also have the following questions related to the Notice of Suspension:

- As stated in the Executive Order on "Reevaluating and Realigning United States Foreign Aid", the Secretary of State may waive the pause discussed in Section 3(a) of the Executive Order for specific programs. Please provide guidance regarding the process for requesting a formal waiver in accordance with this provision.
- Can PRM provide further guidance on what the drawdown process will entail, in order to determine "legitimate expenses" incurred through January 24, as stated in the Notice of Suspension, in addition to drawdowns for such expenses incurred after January 24?
- The Payment Management System (PMS) is currently inaccessible as of January 28, 2025. Should the USCCB still submit Fiscal Year (FY) 2024 and FY 2025 quarterly financial and progress reports due this week?

Thank you for your prompt attention to these pressing matters.

Respectfully,

*William Canny*

William Canny
Executive Director, Migration and Refugee Services
U.S. Conference of Catholic Bishops