# Exhibit C

| | |
|---|---|
| **From:** | Licina, Rachel M |
| **To:** | Bill Canny; Ann Franken; mrsgpagrants; Sam Alarif; Caitlin Kelleghan; Emily Norton |
| **Cc:** | Gauger, Kelly A; Putzeys, Claire; Anderson, Kathryn E; PRM-Comp-Mgt; Gillyard, Jennifer C; Keating, Kaitlin E; PRM-Admissions-Budget |
| **Subject:** | PRM Update on Payment Requests During the Foreign Assistance Pause – USCCB |
| **Date:** | Friday, January 31, 2025 10:00:11 AM |

**[EXTERNAL EMAIL]** DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Greetings USCCB Colleagues,

PRM is complying with the Executive Order (EO) Reevaluating and Realigning United States Foreign Aid which directs a 90-day pause in assistance including new obligations and disbursements to both non-governmental organizations (NGOs) and international organizations. At this time, recipient payments are on hold as they are evaluated for compliance with the EO.

PRM is proactively working to release payments using the process established for the review period. This may require additional documentation or certifications from recipients. PRM will share additional information and/or requirements as they become available.

Please abide by the notice of suspension issued to your organization. Recipients are reminded that any changes to award terms and conditions, as well as costs, must be approved by a grants officer. The program officer does not have authority to approve award costs or program changes.

We appreciate your patience during the 90-day pause and will do our best to process payments quickly while adhering to requirements established by the President's EO.

Please let me know if you have any other questions regarding this update or the notice of suspension.

Thank you,
Rachel

**Rachel Licina**
Grants Officer
Bureau of Population, Refugees, and Migration
U.S. Department of State
Work: (771) 204 2944

LICINARM@STATE.GOV