# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE;<br><br>MARCO RUBIO, in his official capacity as Secretary of State, Department of State;<br><br>BUREAU OF POPULATION, REFUGEES, AND MIGRATION, Department of State;<br><br>JENNIFER DAVIS, in her official capacity as Principal Deputy Assistant Secretary, Bureau of Population, Refugees, and Migration, Department of State;<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, Department of Health and Human Services;<br><br>*Defendants.* | Case No. 1:25-cv-465<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER** |

## [Proposed] ORDER

Upon consideration of Plaintiff's motion for a temporary restraining order and preliminary injunction and accompanying memorandum of law, it is hereby **ORDERED** that the motion for a temporary restraining order is **GRANTED**.

It is further **ORDERED** that Defendants U.S. Department of State, Marco A. Rubio, Bureau of Population, Refugees, and Migration, Jennifer Davis, U.S. Department of Health and Human Services, and Robert F. Kennedy, Jr. (the "Enjoined Defendants") and their agents are enjoined from implementing, enforcing, or otherwise giving effect to any rule, order, policy, or other agency action suspending, freezing, pausing, or otherwise preventing the obligation or disbursement of appropriated funds to reimburse past and ongoing expenses incurred by USCCB in connection with SPRMCO24CA0342 and SPRMCO24CA0336 (the "Cooperative Agreements"), including by:

- implementing, enforcing, or otherwise giving effect to the January 24, 2025 suspension letter issued by the State Department to USCCB; or
- issuing or reissuing any other letters or taking any other actions that have a materially similar effect.

It is further **ORDERED** that the Enjoined Defendants shall take all steps necessary to effectuate this Order, including by promptly reimbursing all allowable expenses in connection with the Cooperative Agreements that USCCB has submitted and may in the future submit for reimbursement.

It is further **ORDERED** that the parties shall meet and confer and file a joint status report proposing a preliminary injunction briefing schedule within three days of the entry of this Order.

**IT IS SO ORDERED.**

_____

**U.S. District Judge, District of Columbia**