IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE;<br><br>MARCO RUBIO, in his official capacity as Secretary of State, Department of State;<br><br>BUREAU OF POPULATION, REFUGEES, AND MIGRATION, Department of State;<br><br>JENNIFER DAVIS, in her official capacity as Principal Deputy Assistant Secretary, Bureau of Population, Refugees, and Migration, Department of State;<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, Department of Health and Human Services;<br><br>*Defendants.* | Case No. 1:25-cv-465<br><br>**DECLARATION OF AZIZULLAH AREIYAEE IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

1

## DECLARATION OF AZIZULLAH ARIYAEE

1. I, Azizullah Areiyaee, am an Afghan refugee recently admitted to the United States. I live in Woodbridge, Virginia with my wife and four children, aged sixteen to four years old. My family is currently receiving resettlement assistance from Catholic Charities, in partnership with the United States Conference of Catholic Bishops.

2. I make this declaration based on personal knowledge and am competent to do so.

3. I am submitting this declaration in support of USCCB's Motion for a Temporary Restraining Order.

4. I and my family are natives and citizens of Afghanistan. While living there, I was an active participant in my community. I hold a bachelor's degree in business administration and worked for years in investment management. I was also the operation manager of a fiber optics project performed under contract with the U.S. Department of Defense. And I was the founder and director of a non-profit organization that advocated for women's rights.

5. When the Taliban took control in 2021, my family and I tried to leave Afghanistan during the immediate evacuation but were unable to secure seats on a departing flight as My youngest child was only nine months old at the time. On December 11, 2021, I escaped to Pakistan and made preparations to receive my family there. My wife and four young children joined me thirteen days later.

6. Once in Pakistan, I applied for entry into the United States as a refugee. I also began working to support my family, including by beginning a food services business. It was a difficult time in our lives, as we had left all our belongings in Afghanistan.

7. The United States issued special immigration visas to me and my family in December 2024. The United Nations International Organization for Migration (IOM) arranged

1

flights to Virginia, where one of my cousin's lives. The Organization also connected us with Catholic Charities. On December 4, 2024, we arrived in the United States at Dulles International Airport. Our Catholic Charities case worker was waiting for us with food and a phone, and he arranged transportation to my cousin's home that night.

8. The very next day, Catholic Charities brought us to their local office and helped my family and I apply for Social Security numbers and other public benefits.

9. In the following days, I attempted to lease an apartment but had no success because I lacked a job and credit history in the United States. Catholic Charities personnel drove me to several rental properties and assisted me in applying for a lease by covering the application fees and offering to pay the first month's rent in advance. With their help, it took only sixteen days from when my family arrived for us to have our own apartment. Moreover, Catholic Charities ensured that our new living space was fully furnished shortly after we moved in.

10. In addition to providing basic living needs, Catholic Charities has ensured that we have had access to crucial services and resources to enable me and my family to be self-sufficient. They have arranged for health care services to be provided to us. They have assisted my three eldest children to enroll in school and plan to soon help my youngest do so as well. And they have helped me to improve my career prospects by offering classes to increase my English proficiency as well as a course on data analytics.

11. Initially, I struggled to find work because of the experience that many positions required. Catholic Charities identified an opportunity for me to work for a security company and helped me to apply. With their support, I was offered the position and will begin work within the next week.

12. Catholic Charities continues to provide financial support to pay for my family's housing and basic needs. But because of their efforts and kindness, I hope to be able to fully provide for my family very shortly. Without their support, I would have faced insurmountable barriers to finding employment for myself, housing for my family, and education for my children.

13. I declare under penalty of perjury that the foregoing is true and correct to the best of my understanding.

Signed this 15th of February 2025,

/s/ *Azizullah Areiyaee* (signature)
Azizullah Areiyaee