UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00465 (TNM) |

## ORDER

　　Plaintiff, the United States Conference of Catholic Bishops, moved for a temporary restraining order and preliminary injunction against Defendants, the United States Department of State and various other Government agencies and officials, in relation to certain migrant and refugee assistance programs.  ECF No. 5.  A party seeking a temporary restraining order must make a "clear showing that four factors, taken together, warrant relief: likely success on the merits, likely irreparable harm in the absence of preliminary relief, a balance of the equities in its favor, and accord with the public interest."  *League of Women Voters of United States v. Newby*, 838 F.3d 1, 6 (D.C. Cir. 2016).  Such an order is an extraordinary remedy, never granted as of right.

　　The Court has considered each of these four factors in light of the parties' briefs and the arguments presented at a hearing on February 20, 2025.  The Court finds that Plaintiff has not made the requisite showing and will thus deny Plaintiff's motion to the extent that it requests a temporary restraining order.  But the Court will set an expedited schedule for additional briefing on Plaintiff's request for a preliminary injunction.

For these reasons, it is hereby

**ORDERED** that Plaintiff's [5] Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED** as to the request for a temporary restraining order only.

**SO ORDERED**.

Dated: February 20, 2025                                    TREVOR N. McFADDEN, U.S.D.J.