AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| U.S. Conference of Catholic Bishops | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-465 |
| U.S. Department of State, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Conference of Catholic Bishops                                    .

Date:   02/20/2025                                    /s/ T. Hunter Mason
                                                                              *Attorney's signature*

                                                    T. Hunter Mason (DC Bar No.90021049)
                                                                *Printed name and bar number*
                                                    Gibson Dunn & Crutcher LLP
                                                    1700 M Street N.W.
                                                    Washington, D.C., 20036

                                                                              *Address*

                                                    HMason@gibsondunn.com
                                                                              *E-mail address*

                                                    (202) 777-9585
                                                                              *Telephone number*

                                                                              *FAX number*