**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS; | |
| *Plaintiff,* | |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; | |
| MARCO A. RUBIO, in his official capacity as Secretary of State, Department of State; | Case No. 25-cv-465-TNM |
| BUREAU OF POPULATION, REFUGEES, AND MIGRATION, Department of State; | **DECLARATION OF BISHOP MARK J. SEITZ IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| JENNIFER DAVIS, in her official capacity as Principal Deputy Assistant Secretary, Bureau of Population, Refugees, and Migration; | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; | |
| ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, Department of Health and Human Services; | |
| *Defendants.* | |

## DECLARATION OF BISHOP MARK J. SEITZ

1.      I, Bishop Mark J. Seitz, am the Bishop of the Diocese of El Paso, Texas.  I also serve as the Chairman of the Committee on Migration of the United States Conference of Catholic Bishops (USCCB).  I have held this position with the USCCB since November 2022.

2.      I make this declaration based on personal knowledge and am competent to do so.

3.      I am submitting this declaration in support of the USCCB's Motion for a Preliminary Injunction.

4.      Starting in 1980 with the creation of the U.S. Refugee Admissions Program, the USCCB and its predecessor organization, the United States Catholic Conference, have been providing resettlement services for legally admitted refugees and special immigrant visa holders in the United States in partnership with the federal government.  But this work far predates the creation of the Refugee Admissions Program.

5.      The Catholic Church cares for refugees because of its commitment to defending the sanctity of every human life and the God-given dignity of each person, regardless of nationality or immigration status.  "Jesus Christ, loving everyone with a universal love, educates us in the permanent recognition of the dignity of every human being, without exception."  Pope Francis, *Letter of the Holy Father to the Bishops of the United States* (Feb. 11, 2025).

6.      The Church has a particular care for refugees, as the "émigré Holy Family of Nazareth, fleeing into Egypt, is the archetype of every refugee family."  Pope Pius XII, Apostolic Constitution, *Exsul Familia Nazarethana* (1952).  Put a different way: from her origin, the Church has been intrinsically linked to the plight of refugees.  It is because of this that the Church's accompaniment of refugees dates back to the earliest days of Christianity.  The Catholic Church first coordinated large-scale efforts to resettle refugees in the United States in the wake of World War II.  This work was first done locally in dioceses across the United States,

and starting in 1947, was coordinated through the National Catholic Resettlement Council. By 1948, 105 out of 119 Catholic dioceses in the United States had a resettlement director appointed by the local bishop. In the following decades, the Catholic Church welcomed hundreds of thousands of refugees, many of whom were fleeing communist persecution.

7.    Catholic teaching is clear that the Gospel compels the Church to act in service of the poor and vulnerable. "For the Church, charity is not a kind of welfare activity which could equally well be left to others, but is a part of her nature, an indispensable expression of her very being." Pope Benedict XVI, *Deus Caritas Est* (2005). The Committee on Migration, supported by the USCCB's Department of Migration and Refugee Services (MRS), furthers the shared commitment of the bishops to protect the life and dignity of the human person by serving and advocating for refugees, asylees, migrants, unaccompanied children, victims of human trafficking, and other vulnerable populations. It is because of these deeply held religious beliefs that, consistent with the work of the Church since its inception, the USCCB runs the largest refugee resettlement agency in the United States.

8.    Our refugee resettlement efforts are an expression of the Gospel's mandates to "love thy neighbor" and "welcome the stranger," and are core to the USCCB's mission to organize and conduct the religious, charitable and social welfare work of the Catholic Church in the United States. The sudden suspension of funding committed for the refugee resettlement efforts of the U.S. Catholic community threatens these longstanding ministries of the Church, which have evolved over time to meet the particular needs of the Refugee Admissions Program. Within MRS, for example, those working on the program in some capacity account for over half of the department's total staff. Meanwhile, staff outside of MRS have also been assigned to supporting this work, including those in Finance and Accounting and Information Technology. Having to

discontinue the USCCB's refugee resettlement efforts would amount to breaking decades of precedent, supported by centuries' worth of religious tradition. Additionally, the funding suspension threatens the USCCB's ability to exercise its moral obligation to provide for the particular refugees currently assigned to its care.

9.     Beyond the USCCB, in dioceses around the country, the basic structures of certain Catholic Charities agencies have been altered to meet the programmatic demands of partnering with the USCCB in support of the Refugee Admissions Program.  To that end, agencies carrying out a diverse range of social and charitable works inspired by the Gospel and Church teaching face disruptions to their overall operations, which cannot be isolated from the impacts of the funding freeze due to the extent of the financial liabilities they've assumed.  This exponentially increases the harms posed by the lack of funding for activities already carried out in accordance with the agreements between the USCCB and the Department of State.

10.     I declare under penalty of perjury that the foregoing is true and correct to the best of my understanding.

Executed on February 21, 2025,

Bishop Mark J. Seitz