# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE;<br><br>MARCO RUBIO, in his official capacity as Secretary of State, Department of State;<br><br>BUREAU OF POPULATION, REFUGEES, AND MIGRATION, Department of State;<br><br>JENNIFER DAVIS, in her official capacity as Principal Deputy Assistant Secretary, Bureau of Population, Refugees, and Migration, Department of State;<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, Department of Health and Human Services;<br><br>*Defendants.* | Case No. 1:25-cv-465<br><br>**DECLARATION OF CYNTHIA NUNES COLBERT IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF CYNTHIA NUNES COLBERT

1. I, Cynthia Nunes Colbert, am the President and CEO at Catholic Charities of the Archdiocese of Galveston-Houston ("CCAGH"). As President and CEO, I coordinate our cooperative partnership with the United States Conference of Catholic Bishops ("USCCB") in offering resettlement services to refugees in our community.

2. I make this declaration based on personal knowledge and am competent to do so.

3. I am submitting this declaration in support of USCCB's Motion for a Preliminary Injunction.

4. As a faith-based charity, CCAGH's mission is to serve the residents of southeast Texas by delivering compassionate services and advocating for social justice in partnership with parishes and communities. The organization has served the poor and vulnerable within the Archdiocese for over eighty years. Since the 1980s, CCAGH has partnered with USCCB to resettle refugees admitted through the U.S. Refugee Admissions Program.

5. The federal government's sudden suspension of funding to support our resettlement services has profoundly affected the agency and the clients we serve. Typically, CCAGH prepares an annual budget for each of its critical programs based on contractually committed funding and other projected sources of income. We allocated funds among our programs based on the expectation of reimbursements for refugee resettlement services through the cooperative agreements between USCCB and the government. With the sudden stop to those reimbursements, we have been forced to pull unrestricted funding from other programs to continue providing even a minimal level of services to the more than 700 refugees currently in our care.

6. Since January 24, 2025, CCAGH has been able to provide only the most basic resettlement services to our refugees, drawing on limited financial reserves to provide basic aid

1

such as food, utilities, and rental assistance. We refuse to abandon the refugees assigned to our care, but our ability to serve these refugees is already severely curtailed and will continue to decrease as time goes on.

7. The immediate financial impact from the government suspension has been drastic. CCAGH has had to lay off 50 temporary employees and 130 full-time employees, which has occasioned at least $150,000 in employee separation costs. We have cancelled office and parking leases, incurring more than $160,000 in termination costs. And we are currently carrying a receivable of more than $1.1 million for refugee resettlement services still unreimbursed by USCCB—along with an additional $2 million in related costs—with no assurance of payment.

8. In the past, when CCAGH has worked through grants, the agency has been able to wind down program activities in an orderly manner as grants are expected to end. But the abrupt and unprecedented suspension of our refugee resettlement program has resulted in steep, unbudgeted costs, causing programmatic disruptions to ripple throughout every agency program and department.

9. The ongoing unpredictability and instability of refugee resettlement assistance from the government has caused CCAGH to re-direct its focus to other client service programs that benefit all low-income clients more generally. These services include food pantries, counseling, emergency assistance, and life skills classes. But we are unable to provide the specific services most needed by recently arrived refugees, such as employment, education, and housing assistance, without reliable support.

10. CCAGH values its long and impactful relationship with USCCB. However, given the ongoing funding uncertainty, the agency cannot commit to continuing refugee

resettlement services at the service level required by USCCB's agreements with the government. We do not anticipate taking on any more refugees referred to us by USCCB as part of government-sponsored resettlement programs.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my understanding.

Signed this 23rd of February 2025,

/s/ *Cynthia Nunes Colbert*
Cynthia Nunes Colbert