IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE;<br><br>MARCO RUBIO, in his official capacity as Secretary of State, Department of State;<br><br>BUREAU OF POPULATION, REFUGEES, AND MIGRATION, Department of State;<br><br>JENNIFER DAVIS, in her official capacity as Principal Deputy Assistant Secretary, Bureau of Population, Refugees, and Migration, Department of State;<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, Department of Health and Human Services;<br><br>*Defendants.* | Case No. 1:25-cv-465<br><br>**DECLARATION OF LITZ MAIN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF LITZ MAIN

1. I, Litz Main, am the Executive Director at Catholic Charities of Central and Northern Missouri ("CCCNMO"). As Executive Director, I liaise with the United States Conference of Catholic Bishops ("USCCB") to obtain reimbursements from the government for the services we provide to resettle refugees in our community.

2. I make this declaration based on personal knowledge and am competent to do so.

3. I am submitting this declaration in support of USCCB's Motion for a Preliminary Injunction.

4. CCCNMO's mission is to provide compassionate care and create hope for the lives of vulnerable individuals, particularly those experiencing poverty, through social services that respect the dignity of each person and engage the local community. Refugee resettlement has been a core component of our mission since CCCNMO's founding fourteen years ago. In all that time, we have been partners with USCCB in identifying refugees in need of assistance and in obtaining the necessary funds to serve them. Prior to CCCNMO's founding, the local diocese worked with USCCB to perform this important work in the area.

5. The suspension of government funding has entirely disrupted our ability to support the refugees we committed to resettle. As of last week, CCCNMO had approximately 500 refugees on the rolls of our resettlement program. But because we have not been reimbursed for our past services and have only limited cash flow from sources other than the government funding received through USCCB, we were forced to tell about 250 of these friends that we could no longer assist them at all. For the rest, we have tried to collect funds by taking resources from our other programs and imploring community members for donations. Neither of these sources provide stable sources of support, however.

1

6. The first sacrifice made to conserve resources for our refugees was our staff. Beginning on February 1, 2025, we have let go of half of our refugee staff. While that decision freed up funds previously going to payroll, it also diminished our capacity to serve, putting immense strain on the time and emotions of our remaining staff. Spread thin, our staff are unable to provide the same level of attention and care for our refugees in obtaining the benefits and opportunities that they need to become established here.

7. We anticipated that with the change of government administration, there might be a reduction in the number of refugees placed in our resettlement program. As early as last June, CCCNMO prepared to refocus some of its attention on other charitable projects. But we in no way anticipated a total stop to funding for refugees already placed in our care. None of our usual sources of supplemental aid could account for this drastic change, especially without notice.

8. With heavy hearts, and despite CCCNMO's passion for serving our refugee brothers and sisters, we have begun the process of permanently closing our refugee resettlement program. This episode has proven how immensely vulnerable our entire program is to shocks of this magnitude. We cannot risk the more stable programs that we can continue to administer independent of government assistance to keep the refugee resettlement program running during periods of government recalcitrance. We have already communicated our decision to USCCB. We plan to wind down our refugee services by the end of February.

9. The refugee resettlement program has been our only partnership with USCCB, and this unfortunate experience will make us incredibly reluctant to engage with them in government-sponsored programs again. Instead, CCCNMO has pivoted its strategy to focus on charitable causes that can garner support from local donors. Unfortunately, widespread distrust

of refugees will most likely preclude us from offering resettlement-associated services to that particular vulnerable population even on a scale we can independently manage.

10.  I declare under penalty of perjury that the foregoing is true and correct to the best of my understanding.

Signed this 22nd of February 2025,

/s/ *Litz Main*
Litz Main

3