# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS;<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE;<br><br>MARCO A. RUBIO, in his official capacity as Secretary of State, Department of State;<br><br>BUREAU OF POPULATION, REFUGEES, AND MIGRATION, Department of State;<br><br>JENNIFER DAVIS, in her official capacity as Principal Deputy Assistant Secretary, Bureau of Population, Refugees, and Migration;<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, Department of Health and Human Services;<br><br>*Defendants.* | Case No. 25-cv-465-TNM<br><br>**SECOND DECLARATION OF WILLIAM CANNY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

**SECOND DECLARATION OF WILLIAM CANNY**

1. I, William Canny, am the Executive Director of Migration & Refugee Services at United States Conference of Catholic Bishops ("USCCB").

2. I make this declaration based on personal knowledge and am competent to do so.

3. I am submitting this declaration in support of USCCB's Motion for a Preliminary Injunction, in addition to my previously filed declaration, ECF No. 5-3.

4. The Migration & Refugee Services office at USCCB has previously had to scale down its operations during years when fewer refugees were being admitted into the country. For example, in 2016 USCCB worked with 90 subrecipient organizations and had a total Migration & Refugee Services resettlement staff of approximately 40. Between 2016 and 2020, the number of refugees USCCB was allocated to resettle continually decreased, from 23,643 in 2016, 16,803 in 2017, 6,356 in 2018, 6,662 in 2019, and 3,766 in 2020. Because of the decreasing numbers of refugees admitted between 2017 and 2020, USCCB gradually trimmed its number of subrecipients and staff. Some of our subrecipients wound down their refugee resettlement programs entirely. By 2020, USCCB had 40 subrecipients and 25 refugee resettlement staff. Because the winding down was gradual, and because the federal funding for the program was never interrupted, USCCB was able to wind down its program to a staff number sustainable to successfully continue operations. USCCB was also able to retain the required institutional knowledge and expertise of its employees for the program to continue and, when the numbers of admitted refugees increased, scale its programs to provide for as many refugees as were allocated to it. Eighteen of the subrecipients who wound down their programs between 2017 and 2020 restarted work with us since then; before the funding suspension, we had 65 total subrecipients. And USCCB and its subrecipients were able to provide the full gamut of services

as provided for in the cooperative agreements between USCCB and the State Department for the refugees in their care, even as the program sizes scaled down.

    5.    By contrast, the funding suspension, with its lack of clarity and the subsequent stoppage of payments, has sent our refugee resettlement program into a tailspin.  In just four weeks, we have had to notice termination for more than half (50 of 90) of our resettlement staff and if this reduction stands we will not be able to serve the 27,435 refugees we were asked to by the State Department in FY2025, should the Department determine to lift the suspension in the future.  The rapid, forced layoffs that USCCB is now experiencing will damage its institutional knowledge and relationships in a categorically more severe way than any staff reductions USCCB has had to implement in the past.  Previously, when USCCB reduced the size of its refugee services staff in response to changing needs, it had much more time to carry out those reductions.  During that time, USCCB could preserve institutional expertise by ensuring that departing staff members transferred their knowledge and partner contacts to remaining staff before leaving for new roles.  The government's recent, abrupt funding suspension has made similar efforts today nearly impossible.  Subrecipients have also furloughed or laid off staff, and are reducing services to refugees to bare essentials.  During the period between 2017 and 2020, I estimate that the overall domestic capacity of USCCB's refugee resettlement program was reduced by 50% over the course of four years.  Now, we are headed towards a potential 100% reduction in the capacity of the USCCB to properly resettle refugees including those already in the country.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my understanding.

Executed on February 24, 2025,

*William Canny*
William Canny

Executive Director, Migration & Refugee Services, USCCB