IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| U.S. CONFERENCE OF CATHOLIC BISHOPS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00465 (TNM) |

**UNOPPOSED MOTION OF
AMERICA'S FUTURE, ORTHODOX CHURCH MISSION FUND OF TEXAS,
JUDICIAL ACTION GROUP, AND CONSERVATIVE LEGAL DEFENSE AND
EDUCATION FUND FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

On the grounds and for the reasons set forth below, movants, through undersigned counsel, pursuant to F.R.Civ.P. 7 and Rule 7(o) of the local rules of this Court, move this Court for leave to file a brief *amicus curiae* in opposition to Plaintiff's Motion for Preliminary Injunction.

Counsel for Plaintiff have consented to this Motion and to the filing of the attached brief *amicus curiae*. Counsel for Defendants state that they take no position on this filing. This brief is being filed timely as it is being filed within the amount of time allowed for Defendants' brief in opposition to the motion for preliminary injunction set by this Court's order and within the page limit set by local rule 7(o)(4).

Movants America's Future, Orthodox Church Mission Fund of Texas, and Conservative Legal Defense and Education Fund are exempt from federal income taxation under Section 501(c)(3) of the Internal Revenue Code ("IRC"). Movant Judicial Action Group

is exempt from federal income taxation under IRC Section 501(c)(4).  Each organization participates actively in the public policy process, and most have filed numerous *amicus curiae* briefs in federal and state courts, defending U.S. citizens' rights against government overreach.

**I.    THIS CASE PRESENTS A CONSTITUTIONAL MATTER AND STATUTORY ISSUE OF GREAT IMPORTANCE.**

This case raises significant questions of the authority of the President under Article II, including whether he has the power to pause grants to nonprofit organizations while he determines whether that grant is in compliance with all applicable federal laws.  Furthermore, there are also important questions related to the applicability of the Administrative Procedure Act.

**II.   THE *AMICUS CURIAE* BRIEF SUPPLEMENTS ARGUMENTS THAT ARE ANTICIPATED TO BE RAISED BY DEFENDANTS.**

Movants' proposed *amicus curiae* brief submitted with this Motion supports the position of Defendants, but provides the court with supplemental arguments and authorities to those which are anticipated to be contained in Defendants' briefing.  The *amicus brief* addresses the applicability of the Administrative Procedure Act to the Executive Order being challenged herein.  Furthermore, the *amicus* brief discusses how the Executive Order is consistent with the President's Article II powers and responsibilities.

**III.  THE ACCEPTANCE OF BRIEFS *AMICUS CURIAE* HAS BEEN FOUND USEFUL IN CASES SUCH AS THIS.**

District courts have inherent power to grant leave to file briefs *amicus curiae*, as they often "provide helpful analysis of the law[,] they have a special interest in the subject matter of

3

the suit[,] or existing counsel is in need of assistance." *Bryant v. Better Business Bureau of Greater Maryland, Inc.*, 923 F.Supp. 720, 728 (D. Md. 1996).  For the reasons stated above, it is believed, particularly in bringing to the attention of the Court important principles and binding authorities not fully addressed by the parties, that this *amicus* brief will inform the Court's effort to resolve the question before it.  This Court has already granted one motion for leave to file an amicus brief filed by two individuals in support of Plaintiff.  *See* Doc. #24 and Feb. 26, 2025 Minute Order.

Given the nationwide significance of this case, and its profound implications for all Americans, movants respectfully request leave to file the accompanying brief *amicus curiae* in opposition to Plaintiff's Motion for Preliminary Injunction.

                                  Respectfully submitted,

                                   /s William J. Olson
                                William J. Olson (D.C. Bar No. 233833)
                                Jeremiah L. Morgan (D.C. Bar No. 1012943)
                                  William J. Olson, P.C.
                                  370 Maple Avenue West, Suite 4
                                  Vienna, Virginia  22180-5615
                                  (703) 356-5070
                                  wjo@mindspring.com
                              Counsel for *Amici Curiae*

Dated: February 26, 2025