IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-465-TNM |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, the United States Conference of Catholic Bishops ("USCCB") moves for a preliminary injunction to enjoin Defendants and their agents from unlawfully suspending funding for statutorily mandated refugee resettlement services and from unlawfully terminating USCCB's cooperative agreements through which those services have been provided. This Motion is supported by the accompanying Memorandum of Law, and the related previously filed briefs and declarations. *See* ECF Nos. 5 (USCCB's Motion for Temporary Restraining Order and Preliminary Injunction); 22 (Supplemental Memorandum in Support of USCCB's Motion); and 28 (Reply in Support of USCCB's Motion) with attachments to each.

March 3, 2025

William Quinn (D.C. Bar No. 1601853)
Shannon Eckman (D.C. Bar No. 90024504)**

UNITED STATES CONFERENCE OF CATHOLIC BISHOPS
3211 Fourth Street, NE
Washington, DC 20017
(202) 541-3300
WQuinn@usccb.org


*pro hac vice
**pro hac vice forthcoming

Respectfully submitted,

*/s/ David W. Casazza*

Dhananjay Manthripragada*
  (D.C. Bar No. 990448)
Nick Harper (D.C. Bar No. 144707)
David W. Casazza (D.C. Bar No. 1046918)
Connor P. Mui* (D.C. Bar No. 90009004)
Aly Cox (D.C. Bar No. 1780473)
Laura Stanley* (D.C. Bar No. 90008623)
Hunter Mason* (D.C. Bar No. 90021049)
Audrey Payne* (D.C. Bar No. 90028352)

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
DManthripragada@gibsondunn.com
NHarper@gibsondunn.com
DCasazza@gibsondunn.com
CMui@gibsondunn.com
ACox@gibsondunn.com
LStanley@gibsondunn.com
HMason@gibsondunn.com
APayne@gibsondunn.com

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on Defendants in accordance with Fed. R. Civ. P. 4.

*/s/ David W. Casazza*