**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE;<br><br>MARCO RUBIO, in his official capacity as Secretary of State, Department of State;<br><br>BUREAU OF POPULATION, REFUGEES, AND MIGRATION, Department of State;<br><br>ADAM ZERBINOPOULOS, in his official capacity as Senior Bureau Official, Bureau of Population, Refugees, and Migration, Department of State;<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, Department of Health and Human Services;<br><br>MELLISSA HARPER, in her official capacity as Acting Director, Office of Refugee Resettlement, Department of Health and Human Services;<br><br>*Defendants.* | Case No. 1:25-cv-465-TNM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

**[Proposed] ORDER**

Upon consideration of Plaintiff's motion for a preliminary injunction and accompanying memorandum of law, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants U.S. Department of State, Marco A. Rubio, Bureau of Population, Refugees, and Migration, Adam Zerbinopoulos, U.S. Department of Health and Human Services, Robert F. Kennedy, Jr., and Mellissa Harper (the "Enjoined Defendants") and their agents are enjoined from implementing, enforcing, or otherwise giving effect to any rule, order, policy, or other agency action suspending, freezing, pausing, or otherwise preventing the obligation or disbursement of appropriated funds to provide refugee resettlement services, including by:

- implementing, enforcing, or otherwise giving effect to the January 24, 2025, suspension letter issued by the State Department to USCCB;
- implementing, enforcing, or otherwise giving effect to the February 26, 2025, termination letters issued by the State Department to USCCB; or
- issuing or reissuing any other letters or taking any other actions that have a materially similar effect.

It is further **ORDERED** that the Enjoined Defendants shall carry out their obligations concerning initial resettlement assistance under the Refugee Act, 8 U.S.C. § 1522, and the related regulations, 2 C.F.R. § 200.305, and shall take all steps necessary to effectuate this Order.

**IT IS SO ORDERED.**

Dated: _____        _____

                                                                           Hon. Trevor N. McFadden
                                                                          United States District Judge