IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE;<br><br>MARCO RUBIO, in his official capacity as Secretary of State, Department of State;<br><br>BUREAU OF POPULATION, REFUGEES, AND MIGRATION, Department of State;<br><br>ADAM ZERBINOPOULOS, in his official capacity as Senior Bureau Official, Bureau of Population, Refugees, and Migration, Department of State;<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, Department of Health and Human Services;<br><br>MELLISSA HARPER, in her official capacity as Acting Director, Office of Refugee Resettlement, Department of Health and Human Services;<br><br>*Defendants.* | Case No. 1:25-cv-465-TNM<br><br>**MOTION FOR SHANNON ECKMAN'S ADMISSION** *PRO HAC VICE* |

Pursuant to Local Rule 83.2(e), David W. Casazza of Gibson, Dunn & Crutcher LLP respectfully moves for admission and appearance of Shannon Eckman *pro hac vice* in the above-captioned matter as an additional counsel of record for Plaintiff United States Conference of Catholic Bishops. As set forth in the accompanying declaration ("Exhibit A"), Shannon Eckman is admitted, practicing, and a member in good standing of the Bar of the State of Minnesota and the District of Columbia. This motion is supported and signed by David W. Casazza, an active and sponsoring member of the Bar of this Court. A proposed order is attached.

Respectfully submitted,

March 26, 2025

David W. Casazza (D.C. Bar No. 1046918)

GIBSON DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
DCasazza@gibsondunn.com
*Attorneys for Plaintiff*