# Exhibit B

ALERT: SEVERE WEATHER IN THE SOUTHEAST U.S AND WINTER STORMS IN THE NORTH CE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052702970998186

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:18 am on March 10, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
March 10, 2025, 5:18 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                              ⌄

USPS Tracking Plus®                               ⌄

Product Information                               ⌄

See Less ⌃

Track Another Package

Case 1:25-cv-00465-TNM    Document 43-2    Filed 04/08/25    Page 3 of 7

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: SEVERE WEATHER IN THE SOUTHEAST U.S AND WINTER STORMS IN THE NORTH CE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702970998179

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 7:33 am on March 10, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
March 10, 2025, 7:33 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                              ⌄

USPS Tracking Plus®                                                                               ⌄

Product Information                                                                               ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: SEVERE WEATHER IN THE SOUTHEAST U.S AND WINTER STORMS IN THE NORTH CE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052702970998162

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 6:01 am on March 10, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
March 10, 2025, 6:01 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                           ⌄

USPS Tracking Plus®                                                                            ⌄

Product Information                                                                            ⌄

See Less ⌃

Feedback

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs