# Exhibit C

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mellissa Harper, Acting Dir.
Office of Refugee Resettlement
Dept. of Health and Human Services
Office of the Gen. Counsel, Dept. of Health and Human Services
200 Independence Ave., SW
Washington, DC 20201

9590 9402 9406 5002 6949 82

2. Article Number (Transfer from service label)
9589 0710 5270 2970 9981 79

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Daoffe — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Datys
C. Date of Delivery: 3/10/25

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney Gen. of the United States
Assistant Attorney Gen. for Administration
U.S. Dept. of Justice, Justice Management Div.
950 Pennsylvania Ave., NW, Room 1111
Washington, DC 20530

9590 9402 9406 5002 6950 02

2. Article Number (Transfer from service label)
9589 0710 5270 2970 9981 86

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X — ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: MAR 10 RECD

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

Domestic Return Receipt