Exhibit D

# Cox, Aly

| | |
|---|---|
| **From:** | Cox, Aly |
| **Sent:** | Wednesday, March 5, 2025 5:47 PM |
| **To:** | USADC.ServiceCivil@usdoj.gov |
| **Subject:** | United States Conference of Catholic Bishops v. Dep't of State et al., 25-cv-465 |
| **Attachments:** | Amended Complaint Service Package.pdf |

Please confirm receipt of the attached service package for the amended complaint, including the summons for the two new defendants. The new defendants and the Attorney General have also been served by certified mail.

Best,

**Aly Cox**
Associate Attorney

T: +1 202.777.9417 | M: +1 240.962.3816
ACox@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504