IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00465-TNM |

### NOTICE REGARDING SERVICE OF PROCESS

Plaintiff wishes to bring to the attention of the Court that all Defendants, including Adam Zerbinopoulos, have been served with the Amended Complaint and accompanying documents (collectively, the "Amended Complaint"), which Plaintiff filed on March 3, 2025.

On March 3, 2025, Plaintiff mailed physical copies of the summons, Amended Complaint, and all attachments, ECF Nos. 29–29-9, to Adam Zerbinopoulos by certified U.S. mail with return receipt requested, *see* Ex. 1; Fed. R. Civ. P. 4(i)(2). Tracking information indicates that the certified mail was received on March 10, 2025. *See* Ex. 2. Defendant Zerbinopoulos has not yet returned his receipt.

| | |
|---|---|
| April 8, 2025 | Respectfully submitted,<br><br>*/s/ David W. Casazza* |
| William Quinn (D.C. Bar No. 1601853)<br>Shannon Eckman (D.C. Bar No. 90024504)*<br>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS<br>3211 Fourth Street, N.E.<br>Washington, DC 20017<br>(202) 541-3300 | Dhananjay Manthripragada*<br>  (D.C. Bar No. 990448)<br>Nick Harper (D.C. Bar No. 144707)<br>David W. Casazza (D.C. Bar No. 1046918)<br>Connor P. Mui* (D.C. Bar No. 90009004)<br>Aly Cox (D.C. Bar No. 1780473)<br>Laura Stanley* (D.C. Bar No. 90008623) |

| | |
|---|---|
| WQuinn@usccb.org | Hunter Mason* (D.C. Bar No. 90021049) |
| | Audrey Payne* (D.C. Bar No. 90028352) |
| *pro hac vice* | GIBSON, DUNN & CRUTCHER LLP |
| | 1700 M Street, N.W. |
| | Washington, D.C. 20036-4504 |
| | (202) 955-8500 |
| | DManthripragada@gibsondunn.com |
| | NHarper@gibsondunn.com |
| | DCasazza@gibsondunn.com |
| | CMui@gibsondunn.com |
| | ACox@gibsondunn.com |
| | LStanley@gibsondunn.com |
| | HMason@gibsondunn.com |
| | APayne@gibsondunn.com |