Exhibit 1



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage an

Sent To   Adam Zerbinopolulos, Sr. Bureau Official
Bureau of Population, Refugees, and Migration
Dept. Of State

Street and Apt. N   The Executive Office of the Legal Adviser and Bureau
Legislative Affairs
600 19th St., NW Suite 5.600

City, State, ZIP+4   Washington, DC 20522

PS Form 3800,

9589 0710 5270 0262 1986 29

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and

Sent To   Attorney Gen. of the United States
Assistant Attorney Gen. for Administration
U.S. Dept. of Justice, Justice Management Div

Street and Apt. Ne   950 Pennsylvania Ave., NW, Room 1111

City, State, ZIP+4   Washington, DC 20530

PS Form 3800, J

9589 0710 5270 0262 1986 98



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage an

Sent To   Mellissa Harper, Acting Dir.
Office of Refugee Resettlement
Dept. of Health and Human Services

Street and Apt. N   Office of the Gen. Counsel, Dept. of Health and Human
Services
200 Independence Ave., SW

City, State, ZIP+4   Washington, DC 20201

PS Form 3800,

9589 0710 5270 0262 1986 79