# Exhibit 2

ALERT: SEVERE WEATHER IN THE SOUTHEAST U.S AND WINTER STORMS IN THE NORTH CE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702970998162

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 6:01 am on March 10, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
March 10, 2025, 6:01 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs