AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States Conference of Catholic Bishops | ) |
| *Plaintiff* | ) |
| v. | ) |
| United States Department of State, et al. | ) |
| *Defendant* | ) |

Case No.   1:25-cv-465-TNM

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Conference of Catholic Bishops                                      .

Date:    04/01/2025

/s/ Shannon Eckman
*Attorney's signature*

Shannon Eckman
*Printed name and bar number*
USCCB
3211 Fourth Street N.E.
Washington, D.C., 20017

*Address*

SEckman@usccb.com
*E-mail address*

(202) 541-3300
*Telephone number*

(202) 541-3337
*FAX number*