UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. CONFERENCE OF CATHOLIC BISHOPS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Civil Action No. 25-0465 (TNM) |

## DEFENDANTS' MOTION TO DISMISS

Defendants, by and through the undersigned counsel, respectfully move to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1).

This motion is based on the attached memorandum of points and authorities, the supporting documents, and upon such arguments as the Court may allow at a hearing. A proposed order is attached.

Dated: April 21, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/ Joseph F. Carilli, Jr.
     JOSEPH F. CARILLI, JR.
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2525

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. CONFERENCE OF CATHOLIC BISHOPS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Civil Action No. 25-0465 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to dismiss and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED:


_____                              _____
Date                                                                           TREVOR N. MCFADDEN
                                                                                     United States District Judge