UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. CONFERENCE OF CATHOLIC BISHOPS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Civil Action No. 25-0465 (TNM) |

**JOINT MOTION FOR AN EXTENSION OF TIME**

By and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6, Plaintiff and Defendants respectfully move to extend the time to respond to the motions currently pending before the Court.

The undersigned counsel for the government is transitioning from the Department to explore other opportunities. As such, these extensions are appropriate to allow for an orderly transfer of the case to another counsel for the government, to further discuss a briefing schedule for all remaining deadlines, and to allow another counsel for the government to complete briefing on its motion for relief from Local Civil Rule 7(n). Accordingly, the parties request additional time for Defendants' reply on the government's motion for relief from Local Civil Rule 7(n). The parties also request an equivalent enlargement of the time for Plaintiff to file its opposition to Defendants' motion to dismiss.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents parties' first request for an extension of the respective deadlines. Allowing a reasonable amount of additional time for the government to transfer the case to another

counsel and for the parties to further discuss a briefing schedule serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully request that the deadlines be extended. A proposed order is enclosed herewith.

Dated: April 28, 2025
Washington, DC

By: /s David W. Casazza
Dhananjay Manthripragada
 (D.C. Bar No. 990448)*
Nick Harper (D.C. Bar No. 144707)
David W. Casazza (D.C. Bar No. 1046918)
Connor P. Mui (D.C. Bar No. 90009004)*
Aly Cox (D.C. Bar No. 1780473)
Laura Stanley (D.C. Bar No. 90008623)*
Hunter Mason (D.C. Bar No. 90021049)*
Audrey Payne (D.C. Bar No. 90028352)*
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
Dmanthripragada@gibsondunn.com
Nharper@gibsondunn.com
Dcasazza@gibsondunn.com
Cmui@gibsondunn.com
Acox@gibsondunn.com
Lstanley@gibsondunn.com
Hmason@gibsondunn.com
Apayne@gibsondunn.com

*pro hac vice*

*Attorneys for the United States Conference of Catholic Bishops*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: /s/ Joseph F. Carilli, Jr.
 JOSEPH F. CARILLI, JR.
 N.H. Bar No. 15311
 Assistant United States Attorney
 601 D Street, NW
 Washington, DC 20530
 (202) 252-2525

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. CONFERENCE OF CATHOLIC BISHOPS,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>   Defendants. | Civil Action No. 25-0465 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' motion for an extension of time and the entire record herein, and for good cause shown, it is hereby:

ORDERED that the Joint Motion is GRANTED; and it is further

ORDERED that:

1. Defendants shall file their reply in support of their motion for relief by May 8, 2025; and

2. Plaintiff should file its opposition to Defendants' motion to dismiss by May 12, 2025.

SO ORDERED:

_____                                      _____
Date                                                                      TREVOR N. MCFADDEN
                                                                                   United States District Judge