UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. CONFERENCE OF CATHOLIC BISHOPS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Civil Action No. 25-0465 (TNM) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Sam Escher and remove the appearance of Assistant United States Attorney Joseph Carilli Jr. as counsel for Defendants in the above-captioned case.

Date:   May 7, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:   */s/ Sam Escher*
SAM ESCHER, D.C. Bar #1655538
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2531
Sam.Escher@usdoj.gov

*Attorneys for the United States of America*