IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> *Defendants.* | Case No. 1:25-cv-465-TNM |

**MOTION TO FILE CORRECTED MEMORANDUM IN
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

USCCB respectfully moves to file a corrected memorandum in opposition to Defendants' motion to dismiss. USCCB filed its original memorandum on May 12, 2025. In that memorandum, USCCB stated that:

- "Since the suspension, and despite ongoing conversations with USCCB, the government has not made any payments to USCCB—even to reimburse pre-January 24 services, which the suspension letter purported to allow." Dkt. 53 at 4.

- "As a result, USCCB is short millions of dollars in unpaid reimbursements for services already rendered—with no indication the government will fund any additional services." *Id.* at 6.

Those statements were incorrect, as some reimbursements for services rendered before January 24, 2025, had been paid at the time this memorandum was filed. USCCB moves to file a corrected memorandum, *see* Exhibit 1, to resolve this error. A redline of the changes is also attached, *see* Exhibit 2. USCCB conferred with Defendants, who do not oppose this motion.

1

May 30, 2025

Respectfully submitted,

/s/ David W. Casazza

William Quinn (D.C. Bar No. 1601853)
Shannon Eckman (D.C. Bar No. 90024504)*
UNITED STATES CONFERENCE OF CATHOLIC BISHOPS
3211 Fourth Street, NE
Washington, DC 20017
(202) 541-3300
WQuinn@usccb.org

Dhananjay Manthripragada
  (D.C. Bar No. 990448)*
Nick Harper (D.C. Bar No. 144707)
David W. Casazza (D.C. Bar No. 1046918)
Connor P. Mui (D.C. Bar No. 90009004)*
Aly Cox (D.C. Bar No. 1780473)
Laura Stanley (D.C. Bar No. 90008623)*
Hunter Mason (D.C. Bar No. 90021049)*
Audrey Payne (D.C. Bar No. 90028352)*

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
Dmanthripragada@gibsondunn.com
Nharper@gibsondunn.com
Dcasazza@gibsondunn.com
Cmui@gibsondunn.com
Acox@gibsondunn.com
Lstanley@gibsondunn.com
Hmason@gibsondunn.com
Apayne@gibsondunn.com

*pro hac vice*

*Counsel for the United States Conference of Catholic Bishops*

2