IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>*Defendants.* | Case No. 1:25-cv-465-TNM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to LCvR 83.6(b), Audrey C. Payne of Gibson, Dunn & Crutcher LLP hereby withdraws her appearance in the above-captioned case as counsel for Plaintiff United States Conference of Catholic Bishops ("USCCB"). No trial date has been set in this matter and the USCCB has signed this notice. Gibson, Dunn & Crutcher LLP and its attorneys that have appeared will continue to appear on behalf of the USCCB in this action.

July 8, 2025

/s/ William Quinn

William Quinn (D.C. Bar No. 1601853)
Shannon Eckman (D.C. Bar No. 90024504)*
UNITED STATES CONFERENCE OF CATHOLIC BISHOPS
3211 Fourth Street, NE
Washington, DC 20017
(202) 541-3300
WQuinn@usccb.org

Respectfully submitted,

/s/ Audrey Payne

Audrey Payne (D.C. Bar No. 90028352)*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
Apayne@gibsondunn.com

*pro hac vice*

*Counsel for the United States Conference of Catholic Bishops*

1

**CERTIFICATE OF SERVICE**

I certify that on this day, July 8, 2025, a true and correct copy of this document was filed and served via the court's electronic filing system upon all parties who have entered and appeared in the above-captioned case.

/s/ Audrey Payne
Audrey Payne