IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>*Defendants.* | Case No. 1:25-cv-465-TNM |

**[PROPOSED] ORDER**

Upon consideration of the Conference's consent motion to stay proceedings, it is hereby **ORDERED** that the motion is **GRANTED**. The parties are further **ORDERED** to file a joint status report every 60 days after the entry of this order informing the Court of the status of the dispute.

**IT IS SO ORDERED**.

Dated: _____     _____
                                                                    Hon. Trevor N. McFadden
                                                                    United States District Judge