# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>*Plaintiff,*<br><br>*v.*<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>*Defendants.* | Case No. 1:25-cv-465-TNM |

## JOINT STATUS REPORT

The Parties—Plaintiff United States Conference of Catholic Bishops and Defendants United States Department of State, et al.—respectfully submit this joint status report in response to the Court's Order dated July 29, 2025, which stated:

> The parties are ORDERED to submit a Joint Status Report by September 28, 2025, and every 60 days thereafter.

The parties have conferred and jointly provide the following status update on the progress during the pendency of the stay.

On July 29, 2025, the Conference filed a consent motion to stay the proceedings in this case. Following the conclusion of briefing on the pending motions, the Conference notified the Department of State of its intent to terminate its awards, effective that date, to provide reception and placement services to arriving refugees in the United States. The Department of State amended the Conference's awards to reflect a period of performance end date of May 29, 2025, as requested by the Conference, and final reports due to the Department of State on or before September 29, 2025. The Conference explained that a stay would be appropriate while the Conference submits

1

final reports and payment requests before determining what, if any, disputed issues remain unable to be resolved.

This Court granted the consent motion, stayed the proceedings in this case, and ordered the parties to submit a joint status report by September 28, 2025, and every 60 days thereafter.

Since the Court entered the requested stay, the Conference has continued to submit payment requests and prepare final reports. That process is nearing completion but, as noted above, remains ongoing. Pursuant to the Court's order, the parties will submit a further status report within 60 days to alert the Court what, if any, steps remain to be resolved in this litigation.

Dated:  September 26, 2025

Respectfully submitted,

/s/ Sam Escher
Sam Escher
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530
(202) 252-2531
sam.escher@usdoj.gov

*Counsel for the United States of America*

/s/ David Casazza
Dhananjay Manthripragada (D.C. Bar No. 990448)*
Nick Harper (D.C. Bar No. 144707)
David W. Casazza (D.C. Bar No. 1046918)
Connor P. Mui (D.C. Bar No. 90009004)*
Aly Cox (D.C. Bar No. 1780473)
Laura Stanley (D.C. Bar No. 90008623)*
Hunter Mason (D.C. Bar No. 90021049)*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, D.C. 20036-4504
(202) 955-8500
DCasazza@gibsondunn.com

William Quinn (D.C. Bar No. 1601853)
Shannon Eckman (D.C. Bar No. 90024504)*
UNITED STATES CONFERENCE OF CATHOLIC BISHOPS
3211 Fourth Street, NE
Washington, DC 20017
(202) 541-3300
WQuinn@usccb.org
*pro hac vice*

*Counsel for United States Conference of Catholic Bishops*

2