IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>*Defendants.* | Case No. 1:25-cv-465-TNM |

**JOINT STATUS REPORT**

The Parties—Plaintiff United States Conference of Catholic Bishops and Defendants United States Department of State, et al.—respectfully submit this joint status report in response to the Court's Order dated July 29, 2025, which stated:

> The parties are ORDERED to submit a Joint Status Report by September 28, 2025, and every 60 days thereafter.

The parties have conferred and jointly provide the following status update on the progress during the pendency of the stay.

The parties submitted a joint status report on September 26, 2025, indicating that the Conference continued to submit payment requests and prepare final reports. Since the parties filed the first joint status report on September 26, 2025, the Conference submitted its payment requests and continues to prepare final reports. That process is nearing completion, but the preparation of the final reports remains ongoing, in part due to delays related to the government shutdown. The Conference expects to submit the final financial reports prior to the submission of the next status

1

report. Pursuant to the Court's order, the parties will submit a further status report within 60 days to alert the Court what, if any, steps remain to be resolved in this litigation.

Dated: November 25, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ Sam Escher*
SAM ESCHER, D.C. Bar #1655538
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530
(202) 252 2531
Sam.Escher@usdoj.gov

*Attorneys for the United States of America*

*/s/ David Casazza*
Dhananjay Manthripragada (D.C. Bar No. 990448)*
Nick Harper (D.C. Bar No. 144707)
David W. Casazza (D.C. Bar No. 1046918)
Connor P. Mui (D.C. Bar No. 90009004)*
Aly Cox (D.C. Bar No. 1780473)
Laura Stanley (D.C. Bar No. 90008623)*
Hunter Mason (D.C. Bar No. 90021049)*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, D.C. 20036-4504
(202) 955-8500
DCasazza@gibsondunn.com

William Quinn (D.C. Bar No. 1601853)
Shannon Eckman (D.C. Bar No. 90024504)*
UNITED STATES CONFERENCE OF CATHOLIC BISHOPS
3211 Fourth Street, NE
Washington, DC 20017
(202) 541-3300
WQuinn@usccb.org
**pro hac vice*

*Counsel for United States Conference of Catholic Bishops*