IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> *Defendants.* | Case No. 1:25-cv-465-TNM |

**NOTICE OF VOLUNTARY DISMISSAL**

The United States Conference of Catholic Bishops hereby gives notice of the voluntary dismissal of this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Under this rule, a "plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). No defendant has filed either an answer or a motion for summary judgment in this action, so the Conference may dismiss this action by filing this notice. Because the Conference has not "previously dismissed any federal- or state-court action based on or including the same claim," this "dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

Dated:  January 22, 2026

Respectfully submitted,

*/s/ David Casazza*
Dhananjay Manthripragada
(D.C. Bar No. 990448)*
Nick Harper (D.C. Bar No. 144707)
David W. Casazza (D.C. Bar No. 1046918)
Connor P. Mui (D.C. Bar No. 90009004)*
Aly Cox (D.C. Bar No. 1780473)
Laura Stanley (D.C. Bar No. 90008623)*

1

Hunter Mason (D.C. Bar No. 90021049)*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, D.C. 20036-4504
(202) 955-8500
DCasazza@gibsondunn.com

William Quinn (D.C. Bar No. 1601853)
UNITED STATES CONFERENCE OF CATHOLIC BISHOPS
3211 Fourth Street, NE
Washington, DC 20017
(202) 541-3300
WQuinn@usccb.org

*pro hac vice

*Counsel for United States Conference of Catholic Bishops*